IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN FULBRIGHT WASHINGTON,

    Plaintiff,

v.                                                CASE NO.  5:09cv35-RH/MD

G.G. MOLLROY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

      This case is before the court on the magistrate judge's report and recommendation (document 6).  No objections have been filed.

      The report and recommendation concludes that the case should be dismissed without prejudice based on the plaintiff's failure to disclose prior lawsuits as required by this district's standard prisoner civil rights complaint form.  Dismissal without prejudice is not too severe a sanction under these circumstances.  If the form is to serve its purpose, a plaintiff must provide accurate information.  If word got around the prisons that inaccurate or incomplete information could be provided with no effective sanction, the form would serve little purpose.  And word does get

around the prisons.

For these reasons, and the additional reasons set forth by the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on May 19, 2009.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge